THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* ANDREW WEATHERS, Defendant-Appellant.

(No. 57879;

First District (5th Division)—August 31, 1973.

PER CURIAM.
ENGLISH, J., took no part.

James J. Doherty, Public Defender, of Chicago, (John M. Kalnins and John T. Moran, Assistant Public Defenders, of counsel,) for appellant.

Bernard Carey, State's Attorney, of Chicago, (Kenneth L. Gillis and John M. Cutrone, Assistant State's Attorneys, of counsel,) for the People.